# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENE SHERIDAN,
              Appellant,
vs.
GINA G. GOFF, AN INDIVIDUAL;
GOFF PRODUCTIONS, LLC, A
CALIFORNIA LIMITED LIABILITY
COMPANY; SENIOR MOMENT MOVIE,
LLC, A CALIFORNIA LIMITED
LIABILITY COMPANY; AND RUDOLF
SEDLAK, AN INDIVIDUAL,
              Respondents.

No. 81963

FILED

NOV 20 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order awarding attorney fees and costs as a sanction. Eighth Judicial District Court, Clark County; Mark R. Denton, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. It appears that the notice of appeal was filed after the timely filing of a tolling motion to reconsider pursuant to NRAP 4(a)(4) and before the tolling motion has been formally resolved by entry of a written order. A timely tolling motion terminates the thirty-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed, and before the district court enters a

20-42440

written order finally resolving the motion. *See* NRAP 4(a)(4). This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Mark R. Denton, District Judge
       Rene Sheridan
       McDonald Carano LLP/Las Vegas
       Eighth District Court Clerk